121 P.3d 172

**STATE of Arizona**

v.

**Andres Castillo ALIRE.**

**No. CR–05–0136–PR.**

Supreme Court of Arizona.

Oct. 24, 2005.

ORDERED: Petition for Review by the Arizona Supreme Court = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.

121 P.3d 172

**STATE of Arizona**

v.

**Joseph Louis CHIAPPETTA.**

**No. CR–05–0134–PR.**

Supreme Court of Arizona.

Oct. 24, 2005.

ORDERED: Petition for Review by the Arizona Supreme Court = DENIED.

FURTHER ORDERED: The Court of Appeals' Opinion shall not be published, pursuant to Rule 111(g), Arizona Rules of the Supreme Court.